UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. WADDLE, et al.,<br><br>    Defendants. | No. 1:14-cv-01894-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR LEAVE TO AMEND WITHOUT PREJUDICE<br><br>(Doc. Nos. 24, 43) |

Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2016, the assigned magistrate judge issued findings and recommendations (Doc. No. 43) recommending denial of what the plaintiff captioned as a motion for leave to file a supplementary complaint, and what the magistrate judge construed as a motion for leave to file a second amended complaint (Doc. No. 24). This recommendation was premised on procedural defects in plaintiff's filing, as construed, and included a specific recommendation that plaintiff be afforded leave to amend his complaint in the proper manner within thirty days of any order adopting the findings and recommendations. (*See* Doc. No. 43.) The parties were both served

/////

1

with the findings and recommendations, and were granted fourteen days to file any objections thereto. *Id.* No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations filed on June 27, 2016 (Doc. No. 43) are adopted in full; and

2. Plaintiff's motion for leave to file a second amended complaint (Doc. No. 24) is denied without prejudice.

IT IS SO ORDERED.

Dated:   **September 8, 2016**                                  _____
                                                                                     UNITED STATES DISTRICT JUDGE