UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. WADDLE, et al.,<br><br>　　　　　Defendants. | No. 1:14-cv-01894-DAD-MJS<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION REQUESTING COURT ORDER FOR ACCESS TO THE LAW LIBRARY<br><br>(Doc. Nos. 56, 57) |

　　　　Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The case is proceeding on plaintiff's first amended complaint ("FAC") against defendants Neibert, Ronquillo, and Walinga for the alleged excessive use of force under the Eighth Amendment, and against defendant Waddle for excessive use of force and failure to protect under the Eighth Amendment. (Doc. No. 7.)

　　　　On August 30, 2016, the assigned magistrate judge issued findings and recommendations recommending the denial of plaintiff's motion for an order directing that he receive access to the law library at his institution of confinement, which was construed as a motion seeking injunctive relief. (Doc. Nos. 56, 57.) The magistrate judge granted plaintiff fourteen days to file any

1

objections to this recommendation.  To date, no objections have been filed, and the time in which to do so has passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the undersigned has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the undersigned finds the findings and recommendations to be supported by the record and by proper analysis.

    Accordingly:

    1. The undersigned adopts in full the findings and recommendations filed on August 30, 2016 (Doc. No. 57); and

    2. Plaintiff's motion for an order directing that he be provided the requested access to the law library (Doc. No. 56) is denied.

IT IS SO ORDERED.

Dated: **November 2, 2016**

*[signature: Dale A. Drozd]*

UNITED STATES DISTRICT JUDGE