UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>        Plaintiff,<br><br>    v.<br><br>C. WADDLE, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01894-DAD-MJS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT COUNSEL**<br><br>**(ECF No. 88)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On April 24, 2017, plaintiff filed a Motion to Appoint Counsel (ECF No. 88). The court finds that the appointment of counsel is warranted and will grant Plaintiff's motion. M. Greg Mullanax has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. M. Greg Mullanax is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon M. Greg

1

Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

IT IS SO ORDERED.

Dated: May 5, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE