| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| IRVIN VAN BUREN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C. WADDLE, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-01894-DAD-MJS (PC)<br><br>**ORDER MODIFYING TRIAL SCHEDULING ORDER TO REQUIRE PARTIES TO FILE JOINT PRETRIAL STATEMENT ON OR BEFORE JULY 14, 2017**<br><br>**(ECF No. 93)**<br><br>**ALL OTHER DATES TO REMAIN THE SAME**<br><br><u>Telephonic Trial Confirmation Hearing</u><br>July 31, 2017, at 1:30 p.m. in Courtroom 5 (DAD)<br><br><u>Jury Trial</u>: September 26, 2017, at 8:30 a.m. in Courtroom 5 (DAD) |

　　　Plaintiff is a prisoner proceeding in forma pauperis with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds on the First Amended Complaint on Plaintiff's excessive force claim against Defendants Waddle, Neibert, Ronquillo, and Walinga in violation of the Eighth Amendment to the United States

Constitution.

On March 22, 2017, the Court issued a Trial Scheduling Order setting forth the following deadlines:

- Plaintiff's pretrial statement due on or before June 5, 2017
- Defendants' pretrial statement due on or before July 3, 2017
- Telephonic Pretrial Conference on July 31, 2017 at 1:30 p.m. before the Honorable Judge Dale A. Drozd
- Jury Trial on September 26, 2017 at 8:30 a.m. before the Honorable Judge Drozd

(ECF No. 84.)

On May 5, 2017, the Court appointed attorney M. Greg Mullanax to represent Plaintiff pro bono. (ECF No. 89.) On June 2, 2017, Mr. Mullanax filed a motion seeking a twenty-five day extension of time to file Plaintiff's pretrial statement. (ECF No. 93.) Mr. Mullanax avers that he was out of town for much of May and was therefore unable to meet with his client prior to the expiration of the June 5, 2017 deadline. (Decl. of M. Mullanax (ECF No. 93-1) ¶ 4.) Mr. Mullanax and Defendants' counsel, Joanna B. Hood and Lucas Hennes of the Office of the Attorney General, have stipulated to moving their pretrial statement deadlines to June 30 and July 28, 2017, respectively. (ECF No. 93 ¶ 3.) Neither party asks to reschedule the pretrial hearing or the trial.

The parties' proposed schedule leaves too little time for the Court to review the pretrial statements and prepare properly for the July 31, 2017 pretrial conference. For good cause shown, however, the Court will exercise its authority, Fed. R. Civ. P. 16(b)(4), to modify its own scheduling order, as follows:

The parties are DIRECTED to meet and confer and submit a **joint pretrial statement** on or before **July 14, 2017**. No extensions will be granted absent a showing

of good cause.

All other dates and deadlines remain the same as set forth in the March 22, 2017 scheduling order.

IT IS SO ORDERED.

Dated:   June 5, 2017                    /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE