# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

IRVIN VAN BUREN,                                    CASE NO. 1:14-cv-01894-DAD-MJS (PC)

     Plaintiff,

  v.

C. WADDLE, et al.,

     Defendants.                          **ORDER & WRIT OF HABEAS CORPUS**
                                       **AD TESTIFICANDUM**

_____/

Irvin Van Buren, CDCR # H-83954, a necessary and material witness in a settlement conference in this case on August 7, 2017, is confined in California Correctional Institution (CCI), in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Barbara A. McAuliffe at the U. S. District Court, Courtroom #8, 2500 Tulare Street, Fresno, California 93721, on Monday, August 7, 2017 at 9:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, CCI, P.O. Box 1031, Tehachapi, California 93581:**

**WE COMMAND** you to produce the inmate named above to testify before Judge McAuliffe at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   __July 7, 2017__                          __/s/ Michael J. Seng__
                                               UNITED STATES MAGISTRATE

JUDGE